UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

American Civil Liberties Union and
American Civil Liberties Union Foundation

Plaintiff,

-v-

Central Intelligence Agency, Department of
Defense, Department of Justice, and
Department of State

Defendant.

Case No. 09-cv-5413

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiffs  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiffs in this matter have no corporate parents that are publicly held.

**Date:** June 11, 2009

Signature of Attorney

**Attorney Bar Code:** JJ-4653

Form Rule7_1.pdf  SDNY Web 10/2007