AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| American Civil Liberties Union and American Civil Liberties Union Foundation,<br>*Plaintiff*<br>v.<br>Central Intelligence Agency, Department of Defense, Department of Justice, and Department of State,<br>*Defendant* | )<br>)<br>)<br>)   09 CV  5413<br>)<br>)   Civil Action No.<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hillary Rodham Clinton
　　　　　　　　　　　　　　　　　　　Secretary of State
　　　　　　　　　　　　　　　　　　　U.S. Department of State
　　　　　　　　　　　　　　　　　　　2201 C Street N.W.
　　　　　　　　　　　　　　　　　　　Washington, DC 20520

　　　A lawsuit has been filed against you.

　　　Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　　Jameel Jaffer
　　　　　　　American Civil Liberties Union
　　　　　　　125 Broad Street, 18th Floor
　　　　　　　New York, NY 10004

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON

CLERK OF COURT

Date: JUN 1 1 2009

*Catherine Lapsley*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hillary Rodham Clinton, U.S. Secretary of State
was received by me on *(date)* June 11, 2009 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified mail to defendant's address


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/16/09

*Server's signature*

Anna Christensen, Paralegal, ACLU National Security Project
*Printed name and title*

125 Broad St., 18th Floor, New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc: