UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
                                                              :
AMERICAN CIVIL LIBERTIES UNION et al,                         :
                                                              :
                              Plaintiffs,                     :
                                                              :
      -against-                                               :
                                                              :
CENTRAL INTELLIGENCE AGENCY et al,                            :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/13

**ORDER**

09 Civ. 5413 (AKH)

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

Counsel are directed to submit to the Court, by January 13, 2014, a short joint letter describing any unresolved issues remaining in this case. If there are any unresolved issues, Counsel shall appear for a status conference at 2.30pm on January 16, 2014.

SO ORDERED.

Dated:   New York, New York
         December ⧸, 2013

_____
ALVIN K. HELLERSTEIN
United States District Judge