U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, NY 10007*

January 10, 2014

**By ECF**
Hon. Alvin K. Hellerstein
United States District Judge
United States District Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

      Re:    American Civil Liberties Union v. Central Intelligence Agency, *et al.*,
              09 Civ. 5413 (AKH)

Dear Judge Hellerstein:

      I write respectfully on behalf of all parties pursuant to the Court's December 9, 2013, Order, directing the parties to advise the Court of any unresolved issues in the above-referenced matter. The parties have now resolved all issues, and have submitted a proposed Stipulation and Order of Dismissal dismissing this action with prejudice to the Orders and Judgments Clerk. Enclosed is a courtesy copy of the proposed order.

      I thank the Court for its consideration of this matter.

      Respectfully,

      PREET BHARARA
      United States Attorney for the
      Southern District of New York

By:    /s/ Lara K. Eshkenazi
      LARA K. ESHKENAZI
      TARA M. La MORTE
      MICHAEL J. BYARS
      Assistant United States Attorneys
      Telephone:  (212) 637-2758/2746/2793
      lara.eshkenazi@usdoj.gov
      tara.lamorte2@usdoj.gov
      michael.byars@usdoj.gov

cc by electronic mail:  Alexander Abdo (counsel for ACLU)
Encl.