UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...................................................................x
AMERICAN CIVIL LIBERTIES UNION and
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

        09 Civ. 5413 (AKH)

        Plaintiffs,

        STIPULATION AND
v.        ORDER OF DISMISSAL

CENTRAL INTELLIGENCE AGENCY,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF JUSTICE, and
DEPARTMENT OF STATE,

        Defendants.
...................................................................x

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation and defendants Central Intelligence Agency, United States Department of Defense, United States Department of Justice and United States Department of State that pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action is hereby dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

Dated:    New York, New York
           January 10, 2014

                      PREET BHARARA
                      United States Attorney for the
                      Southern District of New York
                      Attorney for Defendants

        By:    _____
                      LARA K. ESHKENAZI
                      TARA M. La MORTE
                      MICHAEL J. BYARS
                      Assistant United States Attorneys
                      86 Chambers Street, 3rd Floor
                      New York, New York 10007
                      Tel. No.: (212) 637-2758/2746/2793
                      lara.eshkenazi@usdoj.gov
                      tara.lamorte2@usdoj.gov
                      michael.byars@usdoj.gov

Dated: New York, New York
January 9, 2014

                        AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                        Attorneys for Plaintiffs

By:    ALEXANDER ABDO
        American Civil Liberties Union Foundation
        125 Broad Street
        New York, NY 10004
        Tel. No. (212) 549-2517
        aabdo@aclu.org

SO ORDERED:

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE