Hellerstein A.

```
USDC S·
DOCU·
ELECT·       · · · ·  FILED
DOC #:
DATE FILE: 1/13/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMERICAN CIVIL LIBERTIES UNION and
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

               Plaintiffs,

    v.

CENTRAL INTELLIGENCE AGENCY,
DEPARTMENT OF DEFENSE,
DEPARTMENT OF JUSTICE, and
DEPARTMENT OF STATE,

               Defendants.
------------------------------------------------------------x

09 Civ. 5413 (AKH)

STIPULATION AND
ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation and defendants Central Intelligence Agency, United States Department of Defense, United States Department of Justice and United States Department of State that pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action is hereby dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

Dated:    New York, New York
            January 10, 2014

                             PREET BHARARA
                             United States Attorney for the
                             Southern District of New York
                             Attorney for Defendants

           By:     _____
                             LARA K. ESHKENAZI
                             TARA M. La MORTE
                             MICHAEL J. BYARS
                             Assistant United States Attorneys
                             86 Chambers Street, 3rd Floor
                             New York, New York 10007
                             Tel. No.: (212) 637-2758/2746/2793
                             lara.eshkenazi@usdoj.gov
                             tara.lamorte2@usdoj.gov
                             michael.byars@usdoj.gov

Dated: New York, New York
January 9, 2014

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Attorneys for Plaintiffs

By: *(signature)*
ALEXANDER ABDO
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Tel. No. (212) 549-2517
aabdo@aclu.org

SO ORDERED: 1/10/14
*(signature)*
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE